```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

DERRICK SUGGS                     :
                                  :   CIVIL ACTION
    v.                              :
                                  :   No. 02-3521
AMOCO OIL COMPANY                 :

## ORDER

**AND NOW**, this 18th day of September, 2002, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on December 2, 2002, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for November 22, 2002, at 9:30 a.m.

BY THE COURT:

_____
John R. Padova, J.