IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DERRICK SUGGS | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| AMOCO OIL COMPANY | : | NO. 02-3521 |

## O R D E R

_____AND NOW, this 2nd day of October, 2002, IT IS HEREBY ORDERED that:

1. The Final Pretrial Conference scheduled for November 22, 2002 is continued to January 28, 2003 at 9:30 a.m.

2. The Trial scheduled for December 16, 2002 is continued. This matter shall be placed in the trial pool as of February 1, 2003.

BY THE COURT:

_____
JOHN R. PADOVA,         J.