IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK SUGGS                    :
                                 :  CIVIL ACTION
        v.                       :
                                 :  No. 02-3521
AMOCO OIL COMPANY                :

**ORDER**

     **AND NOW,** this 26th day of November, 2002, **IT IS HEREBY ORDERED** that:

1. TRIAL in the above captioned case shall commence on February 10, 2002, in Courtroom 6-A, at 10:00 a.m.

2. A Final Pretrial Conference is scheduled for January 28, 2002, at 9:30 a.m.

                                                      BY THE COURT:

                                                      _____
                                                      John R. Padova, J.