<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

```
DERRICK SUGGS,                    )
                                  )  Civil Action
           Plaintiff              )  No. 02-cv-03521
                                  )
     vs.                          )
                                  )
AMOCO OIL COMPANY,                )
                                  )
           Defendant              )
```

<u>O R D E R</u>

NOW, this 5th day of March, 2003, it appearing that by Rule 16 Status Conference Order of the undersigned dated January 28, 2003 this case is scheduled for commencement of a non-jury trial on March 31, 2003; it further appearing that on January 29, 2002 plaintiff filed his Complaint in the Court of Common Pleas of Philadelphia County, Pennsylvania and requested a jury trial; it further appearing that on May 31, 2002 this matter was removed to this court from the Court of Common Pleas of Philadelphia County, Pennsylvania by defendant; it further appearing that plaintiff properly requested a jury trial pursuant to Federal Rule of Civil Procedure 38 by endorsing his Complaint with the phrase "JURY TRIAL DEMANDED" when it was filed in the Court of Common Pleas of Philadelphia County; accordingly,

<u>          IT IS ORDERED</u> that the last paragraph of the Rule 16 Status Conference Order of the undersigned dated January 28, 2003 is amended to reflect that a jury trial of the within case shall commence before the undersigned on Monday, March 31, 2003 at 9:30

o'clock a.m. in Courtroom B, Edward N. Cahn United States Courthouse, 504 West Hamilton Street, Allentown, Pennsylvania, or as soon thereafter as the schedule of the court permits, following jury selection at the United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

                              BY THE COURT:

                              _____
                              James Knoll Gardner
                              United States District Judge