```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DERRICK SUGGS,                      )
                                    )  Civil Action
            Plaintiff               )  No. 02-CV-03521
                                    )
      vs.                           )
                                    )
AMOCO OIL COMPANY,                  )
                                    )
            Defendant               )
```

## O R D E R

NOW, this 21ST day of March, 2003, upon consideration of the Notice of Motion in Limine filed by defendant February 13, 2003; upon consideration of the Notice of Motion in Limine to Dismiss filed by defendant February 21, 2003; and upon consideration of Plaintiff's Motion in Limine filed February 13, 2003; upon consideration of the replies and responses to the motions in limine; upon consideration of the briefs of the parties; after oral argument held this date; and for the reasons expressed simultaneously on the record,

IT IS ORDERED that a ruling on defendant's Notice of Motion in Limine to exclude evidence of alleged prior occurrences at the subject premises is reserved until the time of trial,

IT IS FURTHER ORDERED that defendant's Notice of Motion in Limine to Dismiss based upon the "hills and ridges" doctrine is denied,

IT IS FURTHER ORDERED that Plaintiff's Motion in Limine seeking to preclude evidence of plaintiff's prior criminal conviction is granted.

BY THE COURT:

_____
James Knoll Gardner
United States District Judge